UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THERESA BALDERAS, § | |
| LEONARDO "LEO" BALDERAS, Jr., § | |
| And JOSHUA BALDERAS § | |
| Plaintiffs § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 5:16-CV-239-OLG |
| SOUTHSIDE INDEPENDENT SCHOOL § | |
| DISTRICT, JULIAN DE LA ROSA § | |
| GONZALES, JOHNNY CANTU, JR, § | |
| MANUEL SANDOVAL, JR, § | |
| AND KENNETH BOULDIN, JR., § | |
| INDIVIDUALLY AND IN THEIR OFFICIAL § | |
| CAPACITY AS MEMBERS OF THE BOARD § | |
| OF TRUSTEES, MARY BANDY AND § | |
| MELONIE IGLEHART-HAMMONS, IN § | |
| THEIR OFFICIAL AND INDIVIDUAL § | |
| CAPACITIES, § | |
| Defendants. § | JURY REQUESTED |

## DEFENDANTS' REPORT ON ALTERNATIVE DISPUTE RESOLUTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME Defendants, Southside Independent School District ("District"), and Julian de la Rosa Gonzales, Johnny Cantu, Jr., Manuel Sandoval, Jr., and Kenneth Bouldin, Jr., in their Individual Capacities ("Individual Defendants") in the above-styled and numbered case, and submits this their Report on Alternative Dispute Resolution, in accordance with the Order of the Court and pursuant to local Rule CV-88.  With respect to this report, Defendants show as follows:

**I.**

Pursuant to the Order of this Court, Plaintiffs' deadline to submit a written offer of settlement is May 7, 2018 and Defendant's deadline to respond is June 1, 2018. [Dkt. 38.].

**II.**

Mr. Wood and Mr. Baker are responsible for settlement negotiations on behalf of the Defendants; however, no settlement agreement can be entered into by the Defendants without approval of any settlement proposal by a majority of the Board of Trustees for the Southside ISD in a properly convened public meeting.  Although the Defendants are agreeable to non-binding mediation as a form of alternative dispute resolution, Defendants are of the opinion that mediation would not be appropriate until further discovery can be conducted and dispositive motions are filed and ruled upon.  Upon receipt of Plaintiffs' written offer of settlement Counsel for Defendants will arrange to meet with the Board in a properly convened public meeting to discuss the offer of settlement.  Counsel for Defendants will also consult with the individual Defendants regarding the offer of settlement. Following these consultations, Counsel for Defendants will timely report back to Plaintiffs with the outcome.  A supplemental report with the name of a court-approved mediator or an agreed upon mediator will be submitted on behalf of the Defendants after discussion with Plaintiffs.

**III.**

The undersigned law firm through attorneys D. Craig Wood and Jameson Baker have discussed the methods of alternative dispute resolution that are available with the Defendants.

Respectfully Submitted,

By: /s/ *D. Craig Wood*
D. Craig Wood
Attorney-in-Charge
State Bar No. 21888700
cwood@wabsa.com

By: /s/ *Jameson C. Baker*
Jameson C. Baker
State Bar No. 24077904
jbaker@wabsa.com

**WALSH GALLEGOS TREVIÑO RUSSO & KYLE P.C.**
1020 NE Loop 410, Suite 450
San Antonio, Texas  78209
TEL. NO.: (210) 979-6633
FAX NO.: (210) 979-7024

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 6th day of April, 2018, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Mr. Rolando L. Rios
Rolando L. Rios & Associates, PLLC
115 East Travis Street, Suite 1645
San Antonio, Texas 78205

Mr. Gustavo L. Acevedo, Jr.
Attorney at Law
814 Del Oro Lane
Pharr, Texas 78577

/s/ *D. Craig Wood*
D. Craig Wood