UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THERESA BALDERAS, <br> LEONARDO "LEO" BALDERAS, Jr., <br> And JOSHUA BALDERAS <br>     Plaintiffs <br><br> VS. <br><br> SOUTHSIDE INDEPENDENT SCHOOL <br> DISTRICT, JULIAN DE LA ROSA <br> GONZALES, JOHNNY CANTU, JR, <br> MANUEL SANDOVAL, JR, <br> AND KENNETH BOULDIN, JR., <br> INDIVIDUALLY AND IN THEIR OFFICIAL <br> CAPACITY AS MEMBERS OF THE BOARD <br> OF TRUSTEES <br>     Defendants. | § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br> CIVIL ACTION NO. 5:16-CV-239 -OLG <br><br><br><br><br><br><br><br><br> JURY REQUESTED |

## JOINT ADVISORY TO THE COURT REGARDING MEDIATION

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES Plaintiffs, Theresa Balderas, Leonardo "Leo" Balderas, Jr., and Joshua Balderas and Defendants, Southside Independent School District ("District") and Julian de la Rosa Gonzales, Johnny Cantu, Jr., Manuel Sandoval, Jr., and Kenneth Bouldin, Jr., in their Individual Capacities ("Individual Defendants") and file this Advisory to the Court and respectfully shows as follows:

1. On January 30, 2019, the parties engaged in mediation before Mediator Don Philbin and resolved all claims. The Parties further entered into a Mediated Settlement Agreement. The final dismissal documents will be filed with the court on or before February 8, 2019.

2. The motion hearing currently set for February 1, 2019 is no longer necessary.

Respectfully Submitted,

By: /s/ D. Craig Wood
D. Craig Wood
State Bar No. 21888700
cwood@wabsa.com

By: /s/ Jameson C. Baker
Jameson C. Baker
State Bar No. 24077904
jbaker@wabsa.com

**WALSH GALLEGOS TREVIÑO RUSSO & KYLE P.C.**
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
TEL.: (210) 979-6633
FAX: (210) 979-7024

**ATTORNEYS FOR DEFENDANTS**

*/s/ Gustavo L. Acevedo, Jr.*
Gustavo L. Acevedo, Jr.
State Bar No. 00829805
814 Del Oro Lane
Pharr, Texas 78577
TEL NO.: (956) 787-4441
FAX NO.: (956) 787-4499
E-mail: glacevedo@aol.com

Rolando Rios
Rolando L. Rios & Associates, PLLC
State Bar No. 16935900
115 East Travis Street, Suite 1645
San Antonio, Texas 78205
TEL NO.: (210) 222-2102
FAX NO: (210) 222-2898
E-mail: RRios@RolandoRiosLaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 31st day of January, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and notification of such filing will be electronically sent to:

Mr. Rolando L. Rios
Rolando L. Rios & Associates, PLLC
115 East Travis Street, Suite 1645
San Antonio, Texas 78205

Mr. Gustavo L. Acevedo, Jr.
Attorney at Law
814 Del Oro Lane
Pharr, Texas 78577

/s/ D. Craig Wood
D. Craig Wood