IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THERESA BALDERAS, LEONARDO LEO BALDERAS, JOSHUA BALDERAS, | § § § § § § § § | 5-16-CV-00239-OLG-RBF |
| *Plaintiffs*, | | |
| vs. | | |
| SOUTHSIDE INDEPENDENT SCHOOL DISTRICT, JULIAN DE LA ROSA GONZALES, JOHNNY CANTU JR, MANUEL SANDOVAL JR., KENNETH BOULDIN JR., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned for all pretrial proceedings. On January 31, 2019, the Court received the parties' Joint Advisory Regarding Mediation, Dkt No. 112, which informs the Court that the parties have resolved all claims in this case. Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal on or before **February 8, 2019**. Should the parties require additional time to finalize their settlement agreement, they should inform the Court. It is **FURTHER ORDERED** that the hearing set for February 1, 2019 is hereby **CANCELLED**.

**IT IS SO ORDERED**.

SIGNED this 31st day of January, 2019.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE