# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THERESA BALDERAS, LEONARDO LEO BALDERAS, JOSHUA BALDERAS | § § § |
| vs. | § No.: SA:16-CV-00239-OLG § § |
| SOUTHSIDE INDEPENDENT SCHOOL DISTRICT, ET. AL. | § § |

## ORDER FOR DISMISSAL PAPERS

On Thursday, January 31, 2019 counsel jointly advised the Court that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, February 8, 2019 as ordered by Judge Farrer**. If the parties are unable to submit those documents by that date, Plaintiff should move for an extension of time to file the documents. Failure to so move shall result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED, subject to reurging should settlement fail.

4) The pretrial conference and trial settings are cancelled.

No extensions of the above deadline shall be granted except upon a showing of good cause.

**It is so ORDERED.**

**SIGNED this 1st day of February, 2019.**

_____
**ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE**